UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURK HOLDING CO., INC.,

                Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/19/2023_

23 Civ. 570 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated July 7, 11, 14 and 18, 2023. ECF Nos. 40, 43, 45–46. Accordingly:

1. The parties' requests to file their motions for partial summary judgment are GRANTED;
2. By **September 5, 2023**, the parties shall file their motions for partial summary judgment;
3. By **September 26, 2023**, the parties shall file their opposition papers; and
4. By **October 10, 2023**, the parties shall file their reply, if any.

    SO ORDERED.

Dated: July 19, 2023
       New York, New York

                                      ANALISA TORRES
                                United States District Judge