```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/26/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURK HOLDING CO., INC.,

                Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

                Defendant.

23 Civ. 570 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated July 23, 24, and 26, 2023. ECF Nos. 48–50. Accordingly, the case management conference scheduled for August 15, 2023, is ADJOURNED *sine die*. The Court shall refer the case for a settlement conference to the Honorable Barbara C. Moses in a separate order.

    SO ORDERED.

Dated: July 26, 2023
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge