UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURK HOLDING CO., INC.,

          Plaintiff,

-against-

MT HAWLEY INSURANCE COMPANY,

          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/17/2023
```

23-CV-570 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint letter requesting to convert the September 7, 2023 settlement conference to a remote format. (*See* Dkt. 54.) The conference will proceed via videoconference for all participants, using the Court's videoconferencing technology. The Court will provide the link and further instructions in an email to counsel. The parties' confidential settlement letters (*see* Dkt. 53 ¶ 3) remain due on September 1, 2023.

Dated: New York, New York
       August 17, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**